**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                            )
DEFENDERS OF WILDLIFE and    )
SIERRA CLUB                              )
                                            )
    Plaintiffs,                        )
                                            )
v.                                          )     Case No. 10-cv-1915 (RWR)
                                            )
GINA McCARTHY,                      )
Administrator, United States         )
Environmental Protection Agency, )
                                            )
    Defendant.                      )
_____ )

**JUNE 15, 2015 STATUS REPORT**

In accordance with the Stipulated Extension filed by the parties on December 10, 2012, Defendant the United States Environmental Protection Agency ("EPA") hereby provides the following status report:

The Administrator of EPA on April 19, 2013, signed a notice of proposed rulemaking pertaining to revisions to the effluent limitations guidelines referred to in the Consent Decree as the "Steam Electric Effluent Guidelines." This proposed rulemaking was published in the Federal Register on June 7, 2013. 78 Fed. Reg. 34,431. The public comment period on the proposal closed on September 20, 2013. EPA is conducting relevant analyses, drafting record documents, and responding to public comments as it works towards a final action on the rulemaking. In accordance with Paragraph 4 of the Consent Decree, as modified by the Stipulated Extension filed by the parties on April 7, 2014, the Administrator shall sign a final action no later than September 30, 2015.

              Respectfully Submitted,

              JOHN C. CRUDEN
              Assistant Attorney General
              Environment and Natural
               Resources Division

Dated: June 15, 2015       /s/ Eric Hostetler
              ERIC G. HOSTETLER
              Environmental Defense Section
              U.S. Department of Justice
              P.O. Box 7611
              Washington, D.C. 20044
              (202) 205-2326

              *Of counsel*:
              JESSICA HALL ZOMER
              U.S. Environmental Protection Agency
              Office of General Counsel
              1200 Pennsylvania Ave., N.W.
              Washington, D.C.  20460

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2015, I electronically filed the foregoing Status Report with the Clerk of the Circuit Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ Eric Hostetler
ERIC HOSTETLER, Attorney